UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE MOONEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>CBS CORPORATION f/k/a VIACOM, INC.,<br>　successor by merger with CBS<br>　CORPORATION f/k/a WESTINGHOUSE<br>　ELECTRIC CORPORATION,<br>AIR & LIQUID SYSTEMS CORPORATION,<br>　As successor by merger to BUFFALO<br>　PUMPS, INC.<br><br>　　　　Defendants. | Civil Action<br>No.:  3:11-cv-877 |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF PENDING MOTIONS**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　I have searched the Connecticut state court docket and have determined that as of May 31, 2011, the State of Connecticut Judicial Branch website indicates that there are no pending motions in the above-captioned matter.

1

The Defendant,
AIR & LIQUID SYSTEMS CORPORATION,
AS SUCCESSOR BY MERGER TO BUFFALO
PUMPS, INC.
By its attorneys,

*/s/ Michael D. Simons*_____
Michael D. Simons, Esq. Fed. Bar No. ct28100
Bryna Rosen Misiura, Esq., Fed. Bar. No. ct27675
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com
bmisiura@governo.com


DATED: May 31, 2011


## CERTIFICATE OF SERVICE

     I hereby certify that on May 31, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


                                     */s/ Michael D. Simons*_____
                                     Michael D. Simons