# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

LAWRENCE MOONEY,

     Plaintiff,

v.

GENERAL ELECTRIC COMPANY
CBS CORPORATION f/k/a VIACOM, INC.,
  successor by merger with CBS
  CORPORATION f/k/a WESTINGHOUSE
  ELECTRIC CORPORATION,
AIR & LIQUID SYSTEMS CORPORATION,
  As successor by merger to BUFFALO
  PUMPS, INC.

     Defendants.

Civil Action
No.:  3:11-cv-877

## AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S MOTION FOR STAY OF PROCEEDINGS

Defendant AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC. ("Buffalo Pumps") filed its Notice of Removal of this case on May 31, 2011, and filed a Notice of Tag-Along to the Multi-District Litigation related to the Asbestos Product Liability Litigation ("MDL-875") on June 1, 2011.

Counsel for the undersigned hereby respectfully moves this Court to stay all further action, deadlines and proceedings in this case, as it will likely be transferred to MDL-875, and any further action by this Court will not be necessary.

**WHEREFORE**, Movant requests that this Court grant its Motion for Stay of Proceedings.

Respectfully submitted,

Air & Liquid Systems Corp., as Successor by
Merger to Buffalo Pumps, Inc.,
By its attorneys,


*/s/ Michael D. Simons* _____
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  June 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2011, a copy of the foregoing
was filed electronically on the Court's CM/ECF system.  Notice of this filing will
be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Michael D. Simons* _____
Michael D. Simons